| | |
|---|---|
| 1  MICHAEL C. ORMSBY | |
|    United States Attorney | FILED IN THE |
| 2  Eastern District of Washington | U.S. DISTRICT COURT |
|                                   | EASTERN DISTRICT OF WASHINGTON |
| 3  Caitlin A. Baunsgard | MAR 15 2016 |
| 4  Assistant United States Attorney | SEAN F. McAVOY, CLERK |
|    Post Office Box 1494 | _____ DEPUTY |
| 5  Spokane, WA 99210-1494 | SPOKANE, WASHINGTON |
| 6  Telephone: (509) 353-2767 | |

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:16-CR-36-TOR** |
| Plaintiff, | INDICTMENT |
| vs. | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| ALEX DIAZ, ▓▓▓▓▓▓▓▓ | Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |
| Defendants. | 21 U.S.C. § 853 Criminal Forfeiture |

The Grand Jury Charges:

On or about December 2, 2015, in the Eastern District of Washington, the Defendants, ▓▓▓▓▓ ALEX DIAZ, ▓▓▓▓▓▓▓▓▓▓▓▓▓ did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853 upon conviction of an offense of violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), Defendants ▮▮▮ ALEX DIAZ ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s), including, but not limited to the following:

FIREARM/AMMUNITION

1) an Uberti Aldo P .45 Caliber Revolver, Serial No. J09672; and,

2) three (3) rounds of .45 Caliber CCI ammunition.

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

INDICTMENT – 2

(e) has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this ___ day of March, 2016.

A TRUE BILL

_____
Foreperson

_____
MICHAEL C. ORMSBY
United States Attorney


_____
Caitlin A. Baunsgard
Assistant United States Attorney

INDICTMENT – 3